UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AARON J. MITCHELL, | Case No. 2:18-09509 FMO (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, [Dkt. No. 7], Petitioner's Opposition, [Dkt. No. 17], and all the records and files herein, along with the Report and Recommendation dated August 27, 2019, [Dkt. No. 19], of the assigned United States Magistrate Judge.

Finding no objections on file, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 19], is accepted;

2. The case is dismissed with prejudice; and

3.    Judgment is to be entered accordingly.

DATED: September 23, 2019         _____/s/_____
                                  FERNANDO M. OLGUIN
                                  United States District Judge