JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AARON J. MITCHELL, | Case No. 2:18-09509 FMO (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND MADDEN[1], Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: September 23, 2019                 _____/s/_____
                                          FERNANDO M. OLGUIN
                                          United States District Judge

---

[1] Raymond Madden is substituted as the proper Respondent. See Fed. R. Civ. P. 25(d).